# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO          :  No. 653

                                      :

ORPHANS' COURT PROCEDURAL  :  SUPREME COURT RULES DOCKET

                                      :

RULES COMMITTEE                    :

## O R D E R

**PER CURIAM:**

AND NOW, this 9th day of December, 2014, Risé P. Newman, Esquire, Philadelphia, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years.